UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRIS JINGLE,
                    Plaintiff,

-vs-                                      Case No. 6:08-cv-98-Orl-18KRS

ALL-TEK ELECTRIC OF BREVARD, INC.,
                    Defendant.

## ORDER

This case is before the Court on the Renewed Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. No. 30) filed October 17, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 22, 2008 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the compensation Plaintiff will receive pursuant to the Settlement Agreement is a fair resolution of a bona fide dispute under the Fair Labor Standards Act.

3. The Court declines to reserve jurisdiction to enforce the settlement agreement.

4. This case is dismissed with prejudice and the Clerk is directed to close this file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_13\_\_\_ day of November, 2008.

                                      JOHN ANTOON II
                                      United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party